■ In the Matter of PELHAM ESPLANADE, INC., Respondent, v BOARD OF TRUSTEES OF THE VILLAGE OF PELHAM MANOR et al., Appellants.—Appeal by the Board of Trustees of the Village of Pelham Manor and Richard Blessing, the Building Inspector of the Village of Pelham Manor, from a judgment of the Supreme Court, Westchester County (Lange, J.), entered April 12, 1989.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Lange at the Supreme Court. Thompson, J. P., Rosenblatt, Miller and Ritter, JJ., concur.